UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMÓN ISIDRO MEJÍA

_(In the space above enter the full name(s) of the plaintiff(s).)_

**16CV 9706**

**COMPLAINT**

-against-

N.Y.P.D + 50th PRECINCT
LT. MACDONOUGH PLUS 12-14
OFFICERS FROM SPECIAL UNIT
at 50th PCT., THE HEALTH
+ HOSPITALS CORP., INCLUDING
THE NORTH-CENTRAL BRONX
HOSPITAL — 13TH FLR. DR. SCHEAR
N.Y.C.E.M's, THE COLUMBIA PRESBY-
TERIAN MED. Center & MISS DAVIS
+ CT. BENEDICT, + SERGIO ANA GUNBLA
AND CIVIL
COUNTY OF CITY
OF NY · BRONX
1119 GRAND-CONCOURSE,

Jury Trial: ☒ Yes  ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

## I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name RAMON I MEJIA
Street Address 3025 GODWIN TERRACE #5F
County, City BRONX N.Y.C.
State & Zip Code NEW YORK state, 10463-5351
Telephone Number 347-367-9151

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name LT. MACDONOUGH N.Y.P.D
Street Address 50th PCT. @ 3440th ST. + B'way;
BRONX, NY

_Rev. 05/2010_

County, City **Bronx, N.Y.C**
State & Zip Code **N.Y.S 10463**
Telephone Number **?**

Defendant No. 2  Name **Miss Davis - Colombia-Pres-Med Center**
Street Address **168th St & Broadway**
County, City **N.Y. County, N.Y.S**
State & Zip Code **New York State**
Telephone Number **?**

Defendant No. 3  Name **Dr. Schear - North-Central-Bronx Hospital**
Street Address **3424 Kossuth Ave**
County, City **Bronx, N.Y.C**
State & Zip Code **N.Y.S 10467**
Telephone Number **?**

Defendant No. 4  Name **Other Unknown Members of the**
Street Address **N.Y.P.D. → 50th Prcnt - EMS Ambulance,**
County, City **Employees of the Health & Hospitals**
State & Zip Code **Corp. and the Columbia-Presby.**
Telephone Number **Terian Medical Center**
**168th St. & B'way - N.Y.C.**

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

  [X] Federal Questions      [ ] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **42 U.S.C 1983, Fourth, Fifth, Sixth, Fourteenth Amendments to United States Constitution**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

  Plaintiff(s) state(s) of citizenship _____
  Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? AT 3025 GODWIN TERRACE APT #5F ON 6th FLOOR AND AT NORTH-CENTRAL BRONX HOSPITAL, 3424 KOSSUTH-AVENUE-BRONX, N.Y.C 10467

B. What date and approximate time did the events giving rise to your claim(s) occur? APPROXIMATELY BETWEEN 10:20A + 11:45AM (then TRANSPORTED BY AMBULANCE WITH ONE FEMALE POLICE OFFICER GUARDING ME TO NORTH CENTRAL BRONX HOSPITAL.

C. Facts: [What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

ON MORNING OF SEPT. 10th-2015 AT ABOUT 9:30AM to 10:AM A MISS DAVIS-SOCIAL WORKER ACCOMPANIED BY A MALE ASSOCIATE, KNOCKED ON MY DOOR. I SAW THROUGH PEEP HOLE AN AFRICAN-AMERICAN WOMAN AND AN (A.A) MALE PERSON AND I ASKED WHO THEY WERE, SHE SAID THAT IT WAS THE PERSON THAT HAD BEEN CALLING ME TRYING TO GET ME TO COME TO (C.B.M.C) THAT SHE WANTED TO TALK TO ME ABOUT "PROBLEMS WITH THE LANDLORD". I LET THEM IN AND PROCEEDED TO SHOW HER THE MULTIPLE WATER LEAKS ON KITCHEN CEILING, THE BURNED & CHARED GAS METER, THE WHITE GLU-TYPE MATS W/TRAPPED MICE & LARGE-WINGED FLYING ROACHES FROM THE TROPICS ALL ON TOP OF MY GAS-STOVE FILLED WITH MICE & RAT DROPPINGS. SHE SEEMED TO DISMISS AND NOT ACKNOWLEDGE THE HORRENDOUS CONDITIONS I EXISTED WITH. SO I ASKED THE MALE TO PLEASE GET HIS PARTNER OUT OF MY APT, AND NEVER COME BACK. I CLOSE MY DOOR-LOCK-IT, ABOUT 15-20 MIN LATER THERE'S A COMMOTION IN HALLWAY AND ABOUT (13) POLICE OFFICERS ARE BANGING ON DOOR CLAIMING THEY WITH TO TALK TO ME. I DID NOT OPEN MY DOOR, SO THEY PROCEEDED TO BREAK THE LOCK, AND I

IV. Injuries: If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

ENGAGED IN CONVERSATION WITH LT. McDONOUGH. HE ASKED ME TO STAND IN FRONT OF DOOR SO HE COULD TALK TO ME, BUT INSTEAD I STOOD BY ENTRANCE TO KITCHEN ADJACENT TO HALLWAY. THEN I SEE & HEAR the PEEP HOLE METAL BLOW AWAY BY SOME KIND OF BLOW-TORCH AND I IMMEDIATELY NOTICE SMALL RED INFRARED LIGHTS BOUNCING OFF WALL OPPOSITE DOOR. SO I SAID TO SELF "JESUS THESE COPS CAME HERE TO KILL ME", SO I CALL MY SISTER IN (MASS) AND I TELL HER THAT MY SISTER WORKED FOR THE (U.S DEPT OF JUSTICE) AND SHE THEN HAS ME ASK THE NAME OF SUPERVISOR IN CHARGE,

Rev. 0: 2010

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. HE SAID LT. MCDONOUGH AND, HE GAVE HIS BADGE #, PLUS THE NAME OF THE WOMAN FROM (C.P.M.C) MISS DAVIS. Then, MY SISTER SAID TELL THE LT. THAT THE MEDIA IS ON WAY TO OUR APT. AFTER ABOUT ONE HOUR COPS BUSTED THRU DOOR. ONE LARGE TALL OFFICER CAME IN AND TOOK ME INTO CUSTODY AS THEY SAID & PUT HANDCUFFS ON ME. Then THEY PUSHED ME OUT AND DOWN THE STAIRS & I WARNED THEM THAT MY RIGHT FOOT WAS IN PAIN AND HAND-CUFFED I DID NOT HAVE BALANCE TO GO ANY FASTER. I REMINDED THEM THAT I WAS A RETIRED CIVIL SERVICE MEMBER- DISABLED BY (O.T.9T). MY INJURIES INCLUDE TRAUMA TO RIGHT FOOT & BACK DUE TO PUSHING DOWN STAIRS AND THE UNBALANCED ATTEMP BY ME TO KEEP FROM FALLING DOWN THE STAIRS. PLUS SINCE I HAVE HAD NIGHTMARES ABOUT POLICE ABUSING ME, AND WHEN I SEE UNIFORMED MEMBERS I FEEL ANGST, ANXIETY AND PARA- NOIA.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of DECEMBER, 20 16.

Signature of Plaintiff  Ramón J. Mejío

Mailing Address  3025 GODWIN TERRACE #5A BRONX, N.Y.C N.Y 10463

Telephone Number  347-367-9151

Fax Number (if you have one)  X

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

• V. RELIEF. I'M SUING FOR $100,000,000 DUE TO THE FACT THAT I WAS TREATED WITH SUCH CALLOUSNESS BY three DEPTS OF CITY DISPITE MY IMPECCABLE WORK RECORD at N.Y.C.T.A. AND & TESTIFIED FOR N.Y.P.D-1985 in N.Y.C GRAND JURY-RISKING MY LIFE & LIFE OF MY FAMILY!

Rev. 05/2010