```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

RAMÓN ÍSÍDRO MEJÍA,

                Plaintiff,

-v -

NEW YORK CITY HEALTH & HOSPITALS CORPORATION, MARK A. SCHER,

                Defendants.

-------------------------------------------------------------- X

1:16-cv-9706-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff wrote the Court on November 15, 2019 informing the Court that he will not be amending his complaint. Furthermore, the deadline the Court set to amend the complaint has now passed. Dkt. No. 237. Thus, the only remaining defendants in this action are New York City Health & Hospitals Corporation ("HHC") and Mark A. Scher. Plaintiff's claims against HHC employees George Thomas, PCT, Lourdie Jean Pierre, RN, Raymond C. Li, RN, and subcontractor Karen Castro are dismissed with prejudice.

    The Court will hold a status conference in this case on December 2, 2019 at 12:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Only the remaining defendants need attend.

    The Clerk of Court is directed to update the caption of this case to reflect the two remaining defendants. The Clerk of Court is further directed to mail a copy of this order to Plaintiff by certified mail and by regular, first class mail.

    SO ORDERED.

Dated: November 21, 2019
New York, New York

                                                _____
                                                GREGORY H. WOODS
                                               United States District Judge