USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
RAMÓN ÍSÍDRO MEJÍA,

                           Plaintiff,

                  -v -

NEW YORK CITY HEALTH & HOSPITALS
CORPORATION, MARK A. SCHER, CITY OF
NEW YORK, POLICE OFFICER MADELINE
CRUZ, POLICE OFFICER MILDRED
RODRIGUEZ, SERGEANT MICHAEL
HENNELLY, DETECTIVE DOMINIC
MCDONAGH, DETECTIVE DEREK
MOYER,

                           Defendants.
-------------------------------------------------------------------- X

1:16-cv-9706-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       In the Court's November 19, 2019 order, the Court noted that the only two remaining defendants in this action are New York City Health & Hospitals Corporation ("HHC") and Mark A. Scher. This order erroneously omitted the following remaining defendants: City of New York and Police Officer Madeline Cruz, Police Officer Mildred Rodriguez, Sergeant Michael Hennelly, Detective Dominic McDonagh, and Detective Derek Moyer.

       The Court will hold a status conference in this case on December 6, 2019 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. All of the remaining defendants must attend.

The Clerk of Court is directed to update the caption of this case to reflect the remaining defendants, adding the City of New York, Police Officer Madeline Cruz, Police Officer Mildred Rodriguez, Sergeant Michael Hennelly, Detective Dominic McDonagh, and Detective Derek Moyer. The Clerk of Court is further directed to mail a copy of this order to Plaintiff by certified mail and by regular, first class mail.

SO ORDERED.

Dated: December 2, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge