USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
RAMÓN ÍSÍDRO MEJÍA,

                Plaintiff,

-v -

NEW YORK CITY HEALTH & HOSPITALS CORPORATION, MARK A. SCHER, CITY OF NEW YORK, POLICE OFFICER MADELINE CRUZ, POLICE OFFICER MILDRED RODRIGUEZ, SERGEANT MICHAEL HENNELLY, DETECTIVE DOMINIC MCDONAGH, DETECTIVE DEREK MOYER.

                Defendants.
------------------------------------------------------------------ X

1:16-cv-9706-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The application by Defendants City of New York, Madeline Cruz, Sergeant Hennelly, Dominick MacDonough, Derrick Moyer, and Mildred Rodriguez to adjourn the December 6, 2019 status conference is granted. The conference is adjourned to December 17, 2019 at 2:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail and by regular, first class mail.

SO ORDERED.

Dated: December 4, 2019  
New York, New York

_____
GREGORY H. WOODS
United States District Judge