USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
RAMÓN ÍSÍDRO MEJÍA,                                               :
                                                                  :
                                Plaintiff,                        :
                                                                  :           1:16-cv-9706-GHW
        -v -                                                      :
                                                                  :               ORDER
NEW YORK CITY HEALTH & HOSPITALS                                  :
CORPORATION, MARK A. SCHER, CITY OF                               :
NEW YORK, POLICE OFFICER MADELINE                                 :
CRUZ, POLICE OFFICER MILDRED                                      :
RODRIGUEZ, SERGEANT MICHAEL                                       :
HENNELLY, DETECTIVE DOMINIC                                       :
MCDONAGH, DETECTIVE DEREK                                         :
MOYER.                                                            :
                                Defendants.                       :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference to discuss Mr. Mejia's January 2, 2020 letter to the Court on January 24, 2020 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to mail Plaintiff a copy of this order by first class and certified mail.

SO ORDERED.

Dated: January 14, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge