USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
RAMÓN ÍSÍDRO MEJÍA,

                Plaintiff,

-v -

NEW YORK CITY HEALTH & HOSPITALS CORPORATION, MARK A. SCHER, CITY OF NEW YORK, POLICE OFFICER MADELINE CRUZ, POLICE OFFICER MILDRED RODRIGUEZ, SERGEANT MICHAEL HENNELLY, DETECTIVE DOMINIC MCDONAGH, DETECTIVE DEREK MOYER.

                Defendants.
--------------------------------------------------------------- X

1:16-cv-9706-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On January 14, 2020, this Court issued an order directing the parties to attend a status conference in this case on January 24, 2020 at 1:00 p.m. *See* Dkt. No. 249. A copy of this order was mailed to Plaintiff by first class and certified mail. On January 24, 2020 at 1:00 p.m., the Court held said status conference. Counsel for Defendants appeared. Plaintiff did not.

    The Court is scheduling a new status conference in connection with this case. The conference will be held on **January 31, 2020 at 1:00 p.m. in Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York, 10007. At that conference, the Court anticipates discussing Plaintiff's January 2, 2020 letter.

    The Court expects Plaintiff to actively prosecute his case, to comply with the Court's orders, and to attend scheduled conferences. Failure to do so can result in a variety of sanctions, including dismissal of the case. *See* Federal Rules of Civil Procedure 16(f)(1)(C); 41(b).

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail and first-class mail.

SO ORDERED.

Dated: January 24, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge