```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RAMÓN ÍSÍDRO MEJÍA,                                               :
                                                                  :
                        Plaintiff,                                :
                                                                  :        16-cv-9706 (LJL)
        -v-                                                       :
                                                                  :           ORDER
NEW YORK CITY HEALTH & HOSPITALS                                  :
CORPORATION, MARK A. SCHER, CITY OF                               :
NEW YORK, POLICE OFFICER MADELINE                                 :
CRUZ, POLICE OFFICER MILDRED                                      :
RODRIGUEZ, SERGEANT MICHAEL                                       :
HENNELLY, DETECTIVE DOMINIC                                       :
MCDONAGH, and DETECTIVE DEREK                                     :
MOYER,                                                            :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on June 9, 2020. *See* Dkt. No. 258. At the conference, the Court set forth the following schedule:

- Defendants shall mail to Plaintiff (i) HIPAA forms identifying medical providers, (ii) requests for documents, and (iii) interrogatories, along with instructions and self-addressed and self-stamped envelopes, by June 30, 2020;

- Plaintiff shall complete the HIPAA forms, requests for documents, and interrogatories and mail these documents two weeks from the day that he receives these forms;

- Fact discovery shall be completed by September 23, 2020;

- Expert discovery shall be completed by November 25, 2020;

A telephonic status conference is scheduled for December 4, 2020 at 3:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

Defendants are directed to mail a copy of this Order, as well as the transcript of the June 9, 2020 status conference, to Plaintiff.

SO ORDERED.

Dated: June 12, 2020
      New York, New York

                                     LEWIS J. LIMAN
                              United States District Judge