UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                        :
RAMON I. MEJIA,                                         :
                                                        :
                              Plaintiff,                :
                                                        :                16-cv-9706 (LJL)
                   -v-                                  :
                                                        :                ORDER
                                                        :
NEW YORK CITY HEALTH & HOSPITALS CORP.,                 :
et al.,                                                 :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/3/2021___

LEWIS J. LIMAN, United States District Judge:

Plaintiff has submitted a letter asking the Court for permission to send subpoenas to third-party entities.  Dkt. No. 278.

Rule 45 of the Federal Rules of Civil Procedure governs subpoenas.  Pursuant to Rule 45(a)(3), the Clerk of Court "must issue a subpoena, signed but otherwise in blank, to a party who requests it.  That party must complete it before service."  Fed. R. Civ. P. 45(a)(3).  A party does not need permission from the Court to issue a third-party subpoena during discovery. Instead, Plaintiff should seek a subpoena from the Clerk of Court's office in accordance with Rule 45.  The prior judge in this action, Judge Woods, gave similar advice at the January 31, 2020 conference in which he explained that "a party goes to the Clerk of Court here . . . to request a subpoena."  Dkt. No. 255 at 32:20-22.

If Plaintiff has additional questions regarding Rule 45 or seeks specific legal advice on how to proceed, he should contact the New York Legal Assistance Group ("NYLAG") through its website at https://www.nysd.uscourts.gov/attorney/legal-assistance or by dialing 212-659-6190.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at

46 Westland Street, Methuen, MA 01844.


SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge